UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FRANCISCO ARIZNENDI-LUGO,

    Petitioner,

v.                                         3:06-cv-206
                                              3:03-cr-101

UNITED STATES OF AMERICA,

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is **DENIED**. The court **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous. Therefore, this court hereby **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal.

**E N T E R:**

                                                                         s/ James H. Jarvis
                                                                    United States District Judge

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
      CLERK OF COURT